UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| KENNY GLENN STANFORD, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN O'MALLEY ) <br> Commissioner of Social Security, ) <br> ) <br>    Defendant. ) <br> _____) | No: 2:23-cv-06516-PVC <br><br> <u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($5,100.) and zero costs ($0.00), subject to the terms of the Stipulation.

DATE: 11/07/24         _____

HON. PEDRO V. CASTILLO
U.S. MAGISTRATE JUDGE

-1-